**Opinion issued August 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00373-CV

_____

## MARY RUFFIN, Appellant

## V.

## TRI COUNTY AUTO SALVAGE, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1189105**

---

## MEMORANDUM OPINION

Appellant Mary Ruffin has filed a motion to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).  Further,

although appellant failed to include a certificate of conference in her motion,

appellant's motion includes a certificate of service, more than 10 days have passed

since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.